UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| KEENAN WATKINS, | Case No. 2:24-cv-01100-RFB-DJA |
| Petitioner, | **ORDER** |
| v. | |
| JEREMY BEAN, | |
| Defendants. | |

This federal habeas matter is before this Court on Petitioner Keenan Watkins's motion for leave to file a second amended petition. This Court appointed the Federal Public Defender to represent Watkins on January 26, 2025, and gave Watkins up to and including 90 days to file an amended petition. Watkins filed a first amended petition on February 5, 2025, and simultaneously moved for leave to file a second amended petition. In his instant motion, Watkins explains that he filed his first amended petition before his statute of limitations expired, but his counsel has not had a reasonable opportunity to prepare an amended petition that reflects counsel's considered judgment. Respondents filed a non-opposition to Watkins's motion. Pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, the Court finds that leave to amend is appropriate.

1   **IT IS THEREFORE ORDERED** that the motion for leave to file a second amended petition is **GRANTED**.  Watkins has 90 days from the date of this Order to file his second amended petition.

**DATED:** April 13, 2025

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**