UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| KEENAN WATKINS,<br><br>          Petitioner,<br><br>   v.<br><br>JEREMY BEAN, et al.<br><br>          Respondents. | Case No. 2:24-cv-01100-RFB-DJA<br><br>**EXTENSION ORDER** |

     This habeas matter is before this Court on counseled Petitioner Keenan Watkins's unopposed motion for an extension of time to file his amended petition. This is Watkins's first request for an extension of this deadline. The Court finds good cause exists to grant the motion.

     **IT IS THEREFORE ORDERED** that the unopposed motion for extension of time is **GRANTED**. Watkins has up to and including October 14, 2025, to file his amended petition.

     **DATED:** July 16, 2025

                                                                             **RICHARD F. BOULWARE, II**
                                                                            **UNITED STATES DISTRICT JUDGE**