# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| KEENAN WATKINS, | Case No. 2:24-cv-01100-RFB-DJA |
| Petitioner, | **EXTENSION ORDER** |
| v. | |
| JEREMY BEAN, et al. | |
| Respondents. | |

This habeas matter is before this Court on counseled Petitioner Keenan Watkins's unopposed motion for an extension of time to file his amended petition. (ECF No. 18.) This is Watkins's second request for an extension of this deadline. The Court finds good cause exists to grant the motion.

**IT IS THEREFORE ORDERED** that the unopposed motion for extension of time (ECF No. 18) is granted. Watkins has up to and including December 15, 2025, to file his amended petition.

**DATED:** October 17, 2025.

_____

**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**