# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| KEENAN WATKINS, | Case No. 2:24-cv-01100-RFB-DJA |
| Petitioner, | **EXTENSION ORDER** |
| v. | |
| JEREMY BEAN, et al. | |
| Respondents. | |

The matter before this Court is counseled Petitioner Keenan Watkins's unopposed motion for an extension of time to file his amended habeas petition. ECF No. 20. This is Watkins's third request for an extension of this deadline. The Court finds good cause exists to grant the motion.

**IT IS THEREFORE ORDERED** that the unopposed motion for extension of time (ECF No. 20) is **GRANTED**. Watkins has up to and including February 13, 2026, to file his amended petition.

**DATED:** December 15, 2025

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**