# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

KEENAN WATKINS,

        Petitioner,

    v.

JEREMY BEAN,

        Respondent.

Case No. 2:24-cv-01100-RFB-DJA

**EXTENSION ORDER**

This habeas matter is before this Court on Respondent's unopposed motion for a 33-day extension of time to file his response to Keenan Watkins's amended petition. ECF No. 27. This is Respondent's second request for an extension of this deadline. The Court finds good cause exists to grant the motion.

**IT IS THEREFORE ORDERED** that the unopposed motion for extension of time (ECF No. 27) is granted. Respondent has up to and including June 30, 2026, to file his response.

    **DATED:** June 2, 2026

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**