**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

KEENAN WATKINS,

Petitioner,

v.

JEREMY BEAN,

Respondent.

Case No. 2:24-cv-01100-RFB-DJA

**EXTENSION AND SEAL ORDER**

Before the Court is Respondent's motion to file Petitioner's presentence investigation report, presentence investigation report's victim impact statements, and supplemental presentence investigation report under seal (ECF No. 32). Having reviewed and considered the matter in accordance with Kamakana v. City and County of Honolulu, 447 F.3d 1172 (9th Cir. 2006), and its progeny, the Court finds that a compelling need to protect Petitioner's safety, privacy, and/or personal identifying information outweighs the public interest in open access to court records.

Before the Court is also Petitioner's unopposed motion for a 45-day extension of time to file his opposition to Respondent's motion to dismiss (ECF No. 37). This is Petitioner's first request for an extension of this deadline. The Court finds good cause exists to grant the motion.

**IT IS HEREBY ORDERED** the motion to seal (ECF No. 32) is granted. Exhibits 57, 58, and 62 (ECF Nos. 33-1, 33-2, and 33-3) are considered properly filed under seal.

**IT IS FURTHER ORDERED** the unopposed motion for extension of time (ECF No. 37) is granted. Petitioner has up to and including August 28, 2026, to file his opposition.

**DATED:** July 22, 2026.

**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**