**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| KEENAN WATKINS,<br>Petitioner,<br>v.<br>JEREMY BEAN,<br>Respondent. | Case No. 2:24-cv-01100-RFB-DJA<br>**EXTENSION ORDER** |

This habeas matter is before this Court on Petitioner Keenan Watkins's unopposed motion for a 30-day extension of time to file his opposition to the motion to dismiss. (ECF No. 39.) This is Watkin's second request for an extension of this deadline. The Court finds good cause exists to grant the motion.

**IT IS THEREFORE ORDERED** that the unopposed motion for extension of time (ECF No. 39) is granted. Watkins has up to and including September 27, 2026, to file his opposition.

**DATED:** August 28, 2026

**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**