UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

KEENAN WATKINS,

Petitioner,

v.

JEREMY BEAN,

Respondent.

Case No. 2:24-cv-01100-RFB-DJA

**EXTENSION ORDER**

This habeas matter is before this Court on Respondent's unopposed motion for a 31-day extension of time to file his reply in support of his motion to dismiss. (ECF No. 42.) This is Respondent's first request for an extension of this deadline. The Court finds good cause exists to grant the motion.

**IT IS THEREFORE ORDERED** that the unopposed motion for extension of time (ECF No. 42) is granted. Respondent has up to and including November 2, 2026, to file his reply.

**DATED:** October 29, 2026

**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**